# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,                    Civil Action No.: _____

        -against-

NEW YORK DEPARTMENT OF EDUCATION,

                              Defendants.

Plaintiff JANE DOE commences this action, by her attorneys INCENDII LAW PLLC, against Defendant NEW YORK CITY DEPARTMENT OF EDUCATION as follows:

## PRELIMINARY STATEMENT

This lawsuit arises from the New York City Department of Education's ("NYCDOE" or the "Department") systemic failure to protect its employees from a known predator. For years, Principal William "Bill" Bassell engaged in a sustained pattern of harassment, retaliation, and abuse—behavior that was not only tolerated but effectively enabled by the Department's inaction. Despite numerous complaints from female students and staff, Bassell remained in positions of authority, shielded by a culture more invested in preserving institutional reputation than ensuring safety.

JANE DOE, a dedicated twenty-year veteran of the NYCDOE, brings this action after enduring relentless harassment and retaliation by Bassell—widely known as "Teflon Bill" for his ability to evade accountability. Complaints were routinely dismissed, and victims were silenced

1

through intimidation. The Department's indifference emboldened Bassell, allowing his misconduct to escalate and ensnare teachers, social workers, students, and administrators alike. JANE DOE became one of many targeted on the basis of gender.

Bassell's conduct only ceased when JANE DOE and a colleague reported him outside of the Department: to the Queens County Special Victims Division. He was arrested on May 27, 2025—just one day after their report, **and nearly a decade after the first internal warnings were raised**.

The Department's protection of Bassell's brazen, sexist behavior created a chilling effect, silencing victims and forcing many out of their roles. This cloak of silence enveloped a revolving door of victims, the newest of them never forewarned by the empty seats of those who came before them.

Though Bassell has been reassigned from his post, the harm endures. Bassell remains a looming presence within the NYCDOE. He has expressed intentions to return to his role as principal and continues to be listed on the executive board of the powerful principals' union, the Council for School Supervisors & Administrators (CSA).

JANE DOE, a respected educator committed to serving New York City's youth, now carries lasting trauma. Her courage in filing this lawsuit seeks justice not only for herself, but for countless others failed by a system that chose silence over accountability.

## JURISDICTION & VENUE

1.     This Court has jurisdiction over this action pursuant to U.S.C. § 1331 and 1343(a) because it is brought to obtain compensatory and punitive damages for the deprivation, under color of state law, of the rights secured by the United States Constitution, 42 USC § 2000(e) (more commonly known as "Title VII"), and 20 U.S.C. § 1681 (more commonly known as "Title IX").

This action is also brought pursuant to the laws and Constitution of the State of New York, and the City of New York administrative codes.

2.     Plaintiff JANE DOE further invokes this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), to hear and decide claims arising under state and local law related to claims over which this Court has original jurisdiction.

3.     Venue is proper, pursuant to 28 U.S.C. § 1391(b)(1)-(2), because the events and omissions giving rise to Plaintiff's claims occurred in this judicial district.

## PARTIES

4.     JANE DOE, who is proceeding by pseudonym in this action as a victim of gender-motivated violence and sex abuse, is an adult citizen of the United States, residing in New York County.

5.     At all times relevant to this action JANE DOE is and was an employee of the New York City Department of Education ("NYCDOE")

6.     Defendant NYCDOE is organized and exists pursuant to the laws of the State of New York, receives federal funding for its programs, and is responsible for the administration of educational services for all students enrolled in public schools in the City of New York. According to its own published statistics, Defendant NYCDOE is the largest public school district in the country serving more than a million students in over 1,800 schools.[1]

## GENERAL ALLEGATIONS AND BACKGROUND

7.     JANE DOE has been an employee of NYCDOE for twenty (20) years. She has always done her job impeccably and has never received a formal complaint against her

---

[1] NYC Department of Education, *DOE Data at a Glance,* https://www.schools.nyc.gov/about-us/reports/doe-data-at-a-glance (last visited September 1, 2025).

performance. Indeed, she is respected and rose to her leadership position through hard work and loyalty to the department and its mission to educate the children of New York City.

8.       In Fall 2018, JANE DOE was introduced to William "Bill" Bassell, the principal of Academy of American Studies ("Academy") – a highly regarded specialized high school located in Long Island City, Queens.

9.       Shortly after being introduced, Bassell was matched as JANE DOE's mentor and began recruiting JANE DOE to take an open position at Academy, where he was the principal. The two of them kept in touch over the next few years – until Bassell was finally able to offer JANE DOE a position at Academy.

10.       JANE DOE later learned that Bassell was known for this hiring practice: He would find young female NYCDOE employees, and he would offer to "mentor" them as an excuse to stay in regular touch. His mentorship eventually led to him finding the young recruit a job at Academy or another, preferable NYCDOE school to which he was connected.

11.       Bassell often boasted about the number of young, female school leaders he had mentored (approximately 41 by his own count) who had gone on to become assistant principals or principals in the NYCDOE. He took full credit for getting these women into their roles and behaved as though they were beholden to him due to the positive influence he exerted on their behalf.

12.       Within a couple years of meeting Bassell, JANE DOE started working at Academy.[2] After arriving there, JANE DOE discovered a wonderful school and felt that she had found a place where she could spend the rest of her career.

**Bassell Targets Jane Doe**

---

[2] Some details, such as JANE DOE's exact hire date, are generalized in support of her desire to remain anonymous to the extent possible.

13.     This sentiment began to change over time as Bassell transformed from a supportive mentor to a controlling, manipulative, and predatory presence. No matter how she tried to put her head down and do her work, somehow JANE DOE always found herself in Bassell's gaze and under his thumb.

14.     As time went on JANE DOE noticed Bassell's disturbing pattern of coercion and domination. Bassell's behaviors would keep JANE DOE walking on eggshells and constantly beholden to his demands for attention. First, Bassell would shower her with compliments, which would cause JANE DOE to feel safe and ingratiated to him. Then Bassell would arbitrarily choose to make her life difficult – especially if she dared to express anything other than a fully adoring and agreeable position towards him.

15.     It was difficult to hold Bassell accountable for these abrupt changes in demeanor because of the significant power that he held – not only inside Academy where he was the building boss – but also within the district and in the citywide principal's union ("CSA") where he held significant influence as a Borough leader and member of the executive committee.

16.     Bassell's harassing and hostile conduct toward JANE DOE occurred often – and would ping pong between adoring messages and icy verbal putdowns in front of her co-workers.

17.     At the same time, Academy maintained a stellar reputation and had backing from important and powerful cultural organizations. As a result, NYCDOE had a vested interest in keeping up appearances. Many people were aware of Bassell's inappropriate temperament and actions, just as many people were interested in maintaining the status quo.

18.     JANE DOE was overwhelmed by the sheer volume of Bassell's communications. Indeed, during the years that JANE DOE knew Bassell; he sent her 30,000+ text messages, many of which had nothing to do with work.[3]

19.     One of Bassell's patterns included sending adoring text messages to JANE DOE, which if she didn't respond to immediately, would cause Bassell to then retaliate the following day by loudly criticizing JANE DOE in front of others, or withholding resources or information she needed in order to do her job.

20.     For example, Bassell made a habit of texting JANE DOE first thing in the morning, after he arrived at school with a text that said, "here." The implicit message to JANE DOE was "I am here, you need to come see me and keep me company." So, JANE DOE was trained (groomed) by Bassell to report to his office every morning, because if she failed to come see him in person after he sent a text – Bassell would punish JANE DOE by, among other things, loudly criticizing her or making embarrassing comments about her in front of colleagues.

21.     This cycle was repeated more times than JANE DOE can count and became so regular that the abusive behavior began to feel normal to her. She even began to blame herself for not being able to manage Bassell's excessive need for her attention.

22.     Despite these informal digs and reprimands, JANE DOE was never formally disciplined by Bassell. In fact, Bassell repeatedly wrote letters to JANE DOE that praised her work ethic and her contributions to Academy. This caused JANE DOE to do her best to ignore his retaliations and focus on doing her work to an exceptional level.

23.     Bassell's constant attention (especially through text messaging) was not just a form of control; it was also the avenue by which he sexually harassed JANE DOE. Conversational topics

---

[3] The preserved PDF document of their text message entire exchange is 6,709 pages in length, with an average of 20+ text messages sent by Bassell per day to JANE DOE.

initiated by Bassell to JANE DOE (some which were sent via text from his NYCDOE issued device) were sometimes so shocking and inappropriate that JANE DOE felt ashamed to even read them. There are thousands of examples amidst the 30,000+ text messages sent from Bassell to JANE DOE, but to name a few:

- *"You are amazing. I am sooooo lucky to have found you."*
- *"I would do almost anything for you."*
- *"Can part of my job be to take care of you?"*
- *"You belong to me and I am possessive."*
- *"I'm glad you're not taking [male colleague] home. I would be jealous if he infringed on [JANE DOE]-Bill time."*
- *"... You can give me a hug in the office. Not on camera"*
- *"Working with you is a dream come true."*
- *"Not being sketchy or skanky, but... you could [send me a photo of yourself]."[4]*
- *"[Your husband] left you with the kids? In a new apartment. Sorry... just saying. Don't be mad if I share my reactions freely."*
- ***"You know what you can do with that tongue [tongue emoji] don't you..."**[5]



---

24.      Bassell's targeting of JANE DOE was not limited to text messages as he made JANE DOE the subject of his inappropriate attention regularly during school hours.

25.      For example, on Halloween 2023, when JANE DOE was dressed in a costume that Bassell found attractive, Bassell kept trying to photograph JANE DOE with his phone camera - despite her repeated insistence that she did not want him to photograph her. (JANE DOE did not want Bassell to take a photograph of her because he had once told her that he had a folder of pictures of her saved on his phone). His inappropriate behavior on this day was witnessed by multiple members of staff, one of whom expressed to JANE DOE her disgust at Bassell's behavior.

26.      Bassell regularly "joked" and speculated about the appearance of JANE DOE's pubic hair and did so brazenly (and repeatedly) in front of other staff members. The humiliating "joke" originated from a conversation between Bassell and JANE DOE when the truism "a bird in the hand is better than two in the bush" was employed (by Bassell) – after which Bassell asked JANE DOE how her husband preferred her "bush." JANE DOE was humiliated every time Bassell repeated the anecdote to others – which was often.

## NYCDOE's Prior Notice of Bassell's Conduct

27.      JANE DOE considered complaining about Bassell's inappropriate behavior to the union or to the NYCDOE. But JANE DOE learned from others that "Teflon Bill" had been complained about plenty of times, to no effect.

28.      As far back as 2016, Bassell inappropriately touched a female student while on an outing to the opera. The female student reported Bassell's behavior to a member of Academy staff

who repeatedly submitted incidence reports to the NYCDOE and never received a response. The female student was eventually pressured to drop her complaint.[6]

29.    JANE DOE later heard stories from NYCDOE colleagues about many complaints to the union and/or to NYCDOE leadership about Bassell's bullying, hostility, playing favorites, sexual harassment, and inappropriate touching of female school staff. But no remedial action had been taken.[7]

30.    Bassell was also known to have a "type" when it came to hiring and who he kept close to him in his cabinet. Indeed, of his school's eight (8) assistant principals, seven (7) of them were women. Of those seven (7) female assistant principals, all but one were relatively young for school leaders. Staff jokingly called groups of female staff members "Bill's harem."[8]

31.    Bassell was known to play favorites with female staff members, giving compliments and favors to those who responded positively to his inappropriate attention. For example, Bassell would publicly gift roses on Valentine's Day to select members of female staff – making those who did not receive a rose feel "out of favor" with their boss.

32.    One female Academy staff member and victim of Bassell's sexual advances ("Victim 3") was so tired of Bassell's texts that she (Victim 3) made up a fictional boyfriend in hopes that it would dissuade Bassell from continued advances.

33.    In 2020, the students of Academy created an anonymous Instagram account to draw the attention of elected officials and DOE leadership to Bassell's inappropriate conduct targeting

---

[6] This allegation is corroborated by *Kohn, et al v. NYCDOE et al*, which was filed in this very court on August 29, 2025, wherein the named victim describes this incident in her own words.

[7] This allegation is also corroborated by *Kohn, et al v. NYCDOE*. Id.

[8] This allegation is also corroborated by *Kohn, et al v. NYCDOE*. Id.

female students. The posts on the Instagram account, while anonymous, gave various detailed accounts of Bassell's inappropriate conduct targeting female students:

> The most horrific things that I have heard and seen Bassell do not only are to the students. He also abuses female teachers by hugging them for extended periods of time, touching their shoulders and elbows. And pressuring them into weird close up encounters with him. I have regularly seen him stare openly at girls asses and breasts and he shows no sign of any remorse in his eyes.

> I was called in to speak to principal Bassel one day and the whole time he was staring at my chest. I felt so uncomfortable I had to cross my arms and sit so that I can cover my body. On numerous occasions he has touches my arms, shoulders, or back while speaking to me and other girls. I have watched him stare at other students bodies and make comments about their outfits or body parts showing in their outfits (like their bellybuttons or something). Super weird and uncomfortable. This happened throughout all of highschool but especially towards the last two years and as I got a little older.

*Instagram posts authored by alleged Academy students dated June 2020.*
*@aas_takes_a_stand (last seen September 1, 2025)*

34.    Around the same time that the Instagram account was posting commentary, someone started a Change.org petition to draw attention to Bassell's inappropriate conduct.[9]

35.    This is further supported by the fact that after Bassell's arrest, a current student of Academy published an editorial, claiming that Bassell's inappropriate conduct was widely known and widely discussed – but no complaints were followed up on or taken seriously.[10]

36.    Upon information and belief, the NYCDOE has taken no formal action, remediation, or investigation into Bassell's sexist and discriminatory conduct targeting female

---

[9] As of the filing of this complaint, the petition is still available for view at Change.org under the following URL: https://www.change.org/p/new-york-city-public-schools-academy-of-american-studies-students-deserve-justice?recruiter=1122987222 (last viewed September 1, 2025).

[10] Zera, Caroline. *The Sunday Diplomat*. "Op-Ed: Long Island City Principal Arrested for Alleged Sexual Assault Charges, Every Student Saw This Coming." https://thesundaydiplomat.com/op-ed-long-island-city-principal-arrested-for-alleged-sexual-assault-charges-every-student-saw-this-coming/ (Last viewed on September 1, 2025).

staff and students has ever been conducted despite the long history of complaints made against him.

37.    Indeed, JANE DOE realized that every avenue of complaint was one where Bassell held meaningful influence and power. Due to Bassell's substantial influence and history of retaliatory behavior against those who defied him, JANE DOE was reasonably dissuaded from making a formal complaint about his behavior.

### Bassell's Unwanted Touching

38.    For all of the reasons stated, JANE DOE felt completely helpless when Bassell's unwanted attention escalated to his sexually touching her without her consent on numerous occasions. His unwanted touching included rubbing his hand down the side of her torso, shoulder massages, hugs that lingered too long, rubbing his feet against her, attempted hand holding, and repeated touching of her upper thigh when she was seated next to him.

39.    JANE DOE cannot remember the exact number of times, nor the dates of these incidents, because the unwanted touching was so routine. Bassell took no efforts to hide his inappropriate obsession with certain female staff members, including JANE DOE.

40.    Some of the inappropriate touching by Bassell was witnessed by others, while the worst of it was done behind closed doors or when no one else was around. There are a few incidences that stand out in JANE DOE's mind because of the specific timing and circumstances.

41.    On May 21, 2024, around 5:30 AM, Bassell sent an email to JANE DOE's school staff announcing that he (Bassell) was investigating JANE DOE's work due to one complaint he allegedly received from a colleague in her department. Bassell's announcement was a completely inappropriate email to send. In fact, one Assistant Principal told Bassell it was inappropriate and advised him not to send it – but he sent it anyway.

42.     JANE DOE was horrified to read the email and see that all of her colleagues were included in the message. As she arrived at school that morning, she was determined to avoid seeing Bassell. As JANE DOE stopped by the office quickly to pick up her mail, one of Bassell's secretaries told her that Bassell wanted to see her.

43.     JANE DOE went into Bassell's office, and he invited her to sit down at his table for a conversation. JANE DOE told him that the email he sent was grossly inappropriate. As they spoke, Bassell rubbed his hand against JANE DOE's upper thigh, as if to try and comfort her (for his own bad actions). JANE DOE jerked her leg away and said, "don't touch me like that it makes me extremely uncomfortable."

44.     A week later, on May 28, 2024, JANE DOE arrived at school in the morning. Bassell called JANE DOE into his office to discuss an email they had drafted, which vindicated JANE DOE of the alleged complaint. Bassell invited JANE DOE to sit next to him in the office – and reiterated to JANE DOE that everyone had only stellar things to say about her.

45.     Again, while sitting next to her at the table, Bassell rubbed his hand against her upper thigh, without her consent. JANE DOE froze. She could not believe this was happening – only a week after she had explicitly told Bassell that she was uncomfortable with him touching her upper thigh.

46.     The worst incident occurred on June 6, 2024, when Bassell surprised JANE DOE at her car in the parking lot of the venue where they were holding the school's prom. While JANE DOE was cornered between her car and the open car door, Bassell touched the top of JANE DOE's breast while pretending to "fix" her dress *after JANE DOE had repeatedly told Bassell not to touch her and that she didn't need help*. During this incident, JANE DOE heard Bassell's breathing change while he whispered to her, "imagine if [a co-worker] saw us together like this

right now." She was scared for her safety and was physically trapped by the position of Bassell's body. Eventually, he moved aside, and JANE DOE escaped.

47.    After this incident, JANE DOE eventually heard from another female colleague ("Victim 2") that Bassell had also touched Victim 2's upper thigh in a similar way to JANE DOE.[11]

48.    Victim 2 resigned from Academy and found work at a different school – but stayed in touch with JANE DOE.

49.    JANE DOE felt alone and afraid but tried to focus on the positive – she worked at a great school with amazing staff and students. And she loved her job, which she was very good at. She tried to maintain a warm relationship with Bassell (knowing that if she pulled away, he would punish her) but also tried to keep a safe distance.

50.    JANE DOE began looking for opportunities at other schools but was afraid to apply because Bassell inexplicably had access to the NYCDOE's internal system that showed which of his staff members were applying for positions elsewhere.

51.    On February 24, 2025, Bassell once again inappropriately touched JANE DOE by running his hand down her abdomen. JANE DOE jerked away from him, which appeared to cause Bassell to feel angry and rejected. In true form, later that evening, Bassell sent JANE DOE a series of bizarre, accusatory text messages questioning her attempted ordering of certain supplies.

52.    JANE DOE did not feel safe making a formal complaint but was determined to spend less time in proximity to Bassell. This was especially true because of his repeated question to JANE DOE: ***"How would you respond if the staff started a rumor that we were sleeping together?"*** This question was apropos of nothing and seemed to just be another form of provocation and/or control that made JANE DOE extremely uncomfortable.

---

[11] The allegations relating to Victim 2 are also corroborated by *Kohn, et al v. NYCDOE*. Id.

53.    Around this time, Bassell asked JANE DOE to describe to him – in detail – what the sexual position "reverse cowgirl" entailed. Bassell claimed that he heard someone talking about it and feigned ignorant curiosity about its meaning. When JANE DOE refused to describe or discuss it, Basell called her a "prude."

**Jane Doe Began her Escape**

54.    On March 18, 2025, JANE DOE informed Bassell that while she was grateful for his offer for her to teach summer school, she would be declining same.

55.    JANE DOE did not tell Bassell the true reason she declined summer school, which was that during the previous year of summer school, Bassell used the opportunity to constantly invade JANE DOE's personal space. He made JANE DOE sit outside of his office, where he could ogle her and would come up behind her and hold her shoulders, massage her shoulders, or touch her back while she was sitting. He also said, while JANE DOE was bending over fixing a computer, ***"look at that big ass"*** in front of Victim 2 who was present for the conversation.[12]

56.    The day after JANE DOE declined the summer school position, on March 19, 2025, Bassell's retaliation and punishment of JANE DOE began – in what had become a totally predictable tactic. When JANE DOE arrived at school, Bassell ordered her to inspect a teacher's classroom closet (a very unusual assignment). Once JANE DOE was there Bassell began loudly reprimanding JANE DOE, in front of a colleague, for the condition of the teacher's closet, stating that it was somehow JANE DOE's fault that the other teacher's closet was messy.

---

[12] JANE DOE's last-minute decision to decline the summer school position (due to Bassell's sexual harassment) came at a great financial expense, losing her approximately $21,000 in income. Additionally, in order to initially accept the summer school position, JANE DOE had turned down a summer camp job that saved their family approximately $20,000 in summer camp tuition for her children. In total, declining summer school cost her approximately $41,000, but JANE DOE simply couldn't face Bassell for another summer.

57.     Again, on March 21, 2025, Bassell verbally reprimanded JANE DOE and humiliated her in front of colleagues. This time, Bassell blamed JANE DOE for another staff member's decision to remove the covers from textbooks. The same staff member later told Bassell it was their decision, but Bassell never apologized or retracted his abusive and misdirected reprimand of JANE DOE.

58.     Bassell repeatedly stated (falsely) to JANE DOE's colleagues that the reason JANE DOE declined summer school was because she was having "problems in her marriage." He stated this so commonly that multiple members of staff approached JANE DOE to tell her that Bassell was repeating this gossip to others.

59.     Communications between Bassell and JANE DOE remained icy, but JANE DOE was resolute in her decision to keep her distance from Bassell if at all possible.

60.     On May 1, 2025, Bassell approached JANE DOE and asked her, ***"when was the last time you had sex with your husband?"*** JANE DOE was shocked. Bassell pushed further and asked JANE DOE, ***"are you pregnant?"*** JANE DOE was horrified – but said that she was not pregnant, after which Bassell attempted to hug her. JANE DOE told Bassell not to touch her.

61.     Shortly after this incident, on May 7, 2025, JANE DOE was offered a new position at a different school. She was delighted that she would be able to leave Bassell's control. While she would miss the teachers and students of Academy, she felt she had no other choice but to leave the place where she was being bullied, harassed, and abused daily.

## **Bassell's Retaliation**

62.     In response to the news of JANE DOE's transfer to a different school, Bassell escalated his cruel and retaliatory conduct. A small sampling of his retaliatory conduct:

- He removed JANE DOE from the hiring process and reassigned the job to others.

- He took away JANE DOE's school keys – including her bathroom key. She could not enter any rooms, including her own office, without the help of a custodian. This became so stressful that JANE DOE broke down in tears more than once.
- He removed JANE DOE's name from the school copy machine scanner, as a petty insult that caused her unnecessary inconvenience.
- He refused to buy JANE DOE textbooks that were needed for her curriculum.
- He removed JANE DOE's access from shared, internal documents that were necessary for her to still do her job.
- He emailed JANE DOE's new principal with a list that essentially demanded all of the items that JANE DOE needed to finish before he would "release" her to a new school.

63.    The new job that JANE DOE had been offered fell through.

64.    JANE DOE was devastated. She had no choice but to stay at Academy, where Bassell continued to make her life miserable. Bassell's continued abusive conduct targeting JANE DOE was done in retaliation for her pulling away from him and daring to escape his control.

65.    On May 2, 2025, Bassell assigned JANE DOE to reorganize some spaces, which required her to carry heavy boxes. JANE DOE called Bassell to tell him that moving the heavy boxes in the heat was making her physically ill. Bassell told her to continue working until the task was complete.

66.    JANE DOE's union representative was visiting school that day and one of JANE DOE's trusted colleagues pushed her to report Bassell's behavior to the union rep while she could.

67.    The union representative (the "Union Rep") started the conversation with JANE DOE by joking (inappropriately), ***"what has our Billy Boy done now?"***

68.    JANE DOE was taken aback by his familiar way of speaking about Bassell - but she proceeded to report to the Union Rep that Bassell had sexually harassed and inappropriately

touched her over the years of her employment at Academy. She specifically described to the Union Rep the sexual touching incidents that occurred in May and June of 2024.

69.     The Union Rep feigned interest at first, but JANE DOE soon felt that he was motivated by covering for Bassell rather than showing genuine care for JANE DOE's plight. The Union Rep didn't seem at all concerned that Bassell might be a sexual predator.

70.     In the following weeks, JANE DOE reached out to the Union Rep on multiple occasions, adding details to her complaint (including that Bassell was actively retaliating against her). JANE DOE repeatedly inquired of the Union Rep what the union was going to do about her complaint of harassment, assault and retaliation.

71.     The Union Rep stopped returning JANE DOE's calls.

72.     JANE DOE continued calling her union, attempting to get someone's attention. Eventually, she spoke to a union representative ("Union Rep 2"). After JANE DOE told Union Rep 2 about what Bassell had done to her, Union Rep 2 responded with textbook victim blaming: "*__well, what took you so long to report it?__*"

73.     Union Rep 2 then asked if JANE DOE was in immediate danger of physical harm, to which JANE DOE replied, "no" – and Union Rep 2 said then there was no urgency in handling her complaint and suggested the standard grievance process (which would ultimately require a sit-down meeting between JANE DOE and Bassell).

74.     On May 16, JANE DOE emailed her union's Executive Vice President to escalate her complaint and never received a response. She felt completely abandoned by her union – who seemed to have chosen to protect Bassell rather than support her as a victim of Bassell's sexist and unlawful conduct.

75.    After JANE DOE's union complaint, Bassell's abuse of JANE DOE escalated significantly. Bassell had clearly been tipped off about the complaint that JANE DOE had made (another violation of JANE DOE's rights as a union member) and was now undertaking an all-out "retaliate and humiliate" campaign to push JANE DOE out of Academy – even though she had done nothing wrong and was still a high-performing employee.

76.    In retaliation, Bassell sent out a series of humiliating and contradictory emails to Academy staff members. Including:

- On May 16 at 5:15AM, Bassell emailed the **entire school** to say that JANE DOE would not be leaving Academy after all,

- On May 16, Bassell copied JANE DOE on an email to another staff member, suggesting that JANE DOE should apply for a non-Academy position that had recently posted (passive aggressively indicating that he did not want her at Academy),

- On May 18, Bassell sent out an email to staff which announced a task usually handled by JANE DOE would be handled by another member of staff (without having spoken to JANE DOE about it first).

- On May 24, (a Saturday), Bassell sent two different emails to JANE DOE chastising and reprimanding her for, among other things, student performance during an elective course, and not spending enough money from her budget allocation (a false accusation).

- On May 25 (a Sunday), Bassell emailed an outside contact with an update and listed JANE DOE as "leaving [Academy] for another position." JANE DOE had not acquired a new position, Bassell was deliberately spreading false information.

- These two weekend communications were particularly strange and unjustified. Bassell was reaching for reasons to target JANE DOE.

77.    JANE DOE did not have to read between the lines of Bassell's passive aggressive email to staff to know that Bassell was telling her to "get out."

78.    Indeed, on May 16, 2025, JANE DOE had been pulled aside by a staff member that was very close to Bassell (the "Staff Member"). The Staff Member told JANE DOE that Bassell

had sent her (the Staff Member) to send JANE DOE a message: JANE DOE was no longer welcome at Academy and that she (JANE DOE) had better find a job elsewhere.

79.    The Staff Member's exact words were, "you better leave, or he is going to make your life miserable."

80.    The Staff Member expressed sympathy towards JANE DOE, saying that Bassell's demand for her to leave was unfair, that JANE DOE had been nothing but a stellar employee and supporter of Bassell's during her time at Academy. The Staff Member expressed disgust in Bassell's behavior but felt powerless to do anything to change the way he treated people.  The Staff Member also mentioned that they had seen him do this to others.

### Criminal Complaints and Bassell's Arrest

81.    On or about May 2025, Victim 2 informed JANE DOE that reports about Bassell's abuses had been made to NYCDOE district leadership. JANE DOE realized it was time for her to do the same. She made an official report to the superintendent, who then advised JANE DOE to make a police complaint regarding the sexual abuse – which JANE DOE did.

82.    On May 26, 2025, JANE DOE went to Queens County Special Victims Division and made a criminal complaint against Bassell, detailing Bassell's unwelcome touching of JANE DOE at work or during work functions.

83.    As a result of multiple victims of Bassell coming forward with details regarding his non-consensual sexual touching in his capacity as school principal – **Bassell was arrested the next day** (May 27, 2025).

84.    As of the time of this filing, Bassell's criminal matter is being prosecuted by the Queens District Attorney's office, Public Corruption Division. As of September 2, 2025, Bassell

is facing sex crime charges against female employees, including NY Penal Law § 130.52 (forcible touching of intimate parts) and NY Penal Law § 130.55 (sexual abuse in the 3rd degree).

85.    As a result of the arrest, Bassell was removed as principal of Academy and given an unknown administrative reassignment within the NYCDOE.

86.    Bassell's removal from Academy should have given JANE DOE comfort – but instead, the environment became hostile in a different way. Bassell was gone but his influence was not. JANE DOE was expected to carry on with no acknowledgment of the trauma she experienced for years.

87.    On May 30, 2025, the district superintendent and her team showed up to school to discuss Bassell's removal from his position.

88.    When it was time to call the teachers together to discuss what happened – the district leaders assigned certain staff members (JANE DOE included) to lead the conversation with an assigned department.

89.    JANE DOE was assigned to take an entire department of teachers into a room and announce Bassell's removal. She was further directed to *provide assurance and comfort to staff members distressed about Bassell's sudden removal*.

90.    In other words, the NYCDOE knew that JANE DOE had been sexually harassed and sexually abused by Bassell. Yet she was assigned to announce Bassell's removal to a group of teachers and then provide assurance and comfort to those staff members who were distressed that *her assailant* had been removed from his job. JANE DOE was expected to do this, all while pretending that she had not survived years of harassment, hostility, and sexual abuse by Bassell.

91.    JANE DOE went into her office and had a panic attack. She had never had a panic attack before – but this was all becoming too much for her.

## The Aftermath and Continued Damage

92.    After Bassell's arrest and removal from his position were announced to the school community, the superintendent hosted an informational meeting for parents. During the meeting, approximately 8 - 10 different parents stood up and said, in sum and substance, that Academy students were not surprised by Bassell's arrest and removal because it had been known for so long that Bassell was (among other adjectives used) "creepy." Many parents commented that female students felt uncomfortable in Bassell's inappropriate behavior directed towards them.

93.    Despite the fact she is no longer working in the same school as Bassell, the trauma that JANE DOE experienced has not dissipated. Indeed, Bassell is still technically the appointed principal of Academy, even during his reassignment period.

94.    Over the last couple years, as a result of Bassell's abuse, JANE DOE has experienced – among other things – weight loss, sleep loss, anxiety and panic attacks, and depression. For the first time in her life, JANE DOE is taking medication to help with the severe symptoms she is facing as she goes back to work at the NYCDOE.

95.    Every day at work feels like a trigger for JANE DOE, as the NYCDOE and her union ignored the cries for help. She is forced to spend hours a day in the same office where Bassell's sexual abuse took place and is bracing herself for the retaliation that will occur because of this complaint being filed.

96.    JANE DOE brings this action because of the damages that she has experienced at the hands of Bassell and that was made possible by the deliberate indifference that the NYCDOE showed by repeatedly ignoring the complaints about Bassell's unlawful conduct.

## FIRST CAUSE OF ACTION
### Violation of Title VII (42 USC § 2000 et. seq.)

**(Sexual Harassment, Hostile Work Environment & Retaliation)**

97.    Plaintiff repeats and re-alleges the allegations in each of the preceding paragraphs as if fully set forth herein.

98.    Plaintiff JANE DOE's boss, Bassell, sexually harassed her, caused a hostile work environment, and retaliated against JANE DOE when she engaged in protected activity.

99.    Bassell's conduct constitutes sexually harassment in that he made inappropriate sexual comments, engaged in unwanted touching (some of which qualifies as sexual abuse under New York State law), and sent countless suggestive text messages – all of which JANE DOE was a target of on the basis of her gender and sex.

100.    Bassell's conduct created a hostile work environment in that he was deliberately intimidating, offensive, and belittling to JANE DOE if she did not do his bidding.

101.    Bassell's conduct was not an isolated incident or offensive remark – it was a daily, repeated, and persistent pattern that was meant to harm, intimidate and control JANE DOE on the basis of her gender.

102.    Bassell retaliated against JANE DOE in that she experienced adverse employment action after she resisted Bassell's sexual advances and reported his conduct to the union.

103.    Bassell's retaliatory conduct was so severe that it would cause a reasonable person, like JANE DOE, to be dissuaded from making a complaint under the same circumstances.

104.    Defendant NYCDOE knew or should have known of Bassell's dangerous propensities – as Bassell's past conduct had been reported and complained about multiple times before he targeted JANE DOE specifically, making his discriminatory conduct to JANE DOE foreseeable.

105.    Bassell's position as a top supervisor (school principal), combined with the tangible negative impacts to JANE DOE's job, impute strict liability for Bassell's conduct to the NYCDOE.

106.    JANE DOE experienced harm directly attributed to the NYCDOE violating her rights as protected by Title VII.

## SECOND CAUSE OF ACTION
### Violation of Title IX (20 USC § 1681)
### (Sex-Based Discrimination and Retaliation)

107.    Plaintiff repeats and re-alleges the allegations in each of the preceding paragraphs as if fully set forth herein.

108.    Plaintiff is a school-based employee of the New York City Department of Education, which receives funding through federal education programs.

109.    Bassell's discriminatory and unlawful conduct towards Plaintiff including unwanted touching and sexual abuse, as defined by New York Law, which occurred on school property or during school-sanctioned activities.

110.    Plaintiff was a victim of Bassell's unwanted and unlawful conduct based on her gender and sex.

111.    By ignoring repeated past complaints about Bassell's inappropriate and abusive conduct that targeted female staff and students, Defendant NYCDOE showed deliberate indifference to the danger Bassell posed to Plaintiff and other female staff and students.

112.    After Plaintiff resisted her boss' sexual advances and complained of his abusive conduct, Bassell retaliated against JANE DOE which caused her adverse employment actions.

113.    JANE DOE experienced harm directly attributed to the NYCDOE violating her rights as protected by Title IX.

## THIRD CAUSE OF ACTION
### Violation of New York Human Rights Law § 290 *et. seq*.
### (Sexual Harassment, Hostile Work Environment, Retaliation)

114.    Plaintiff repeats and re-alleges the allegations in each of the preceding paragraphs as if fully set forth herein.

115.    NYSHRL prohibits harassment based on sex, including unwelcome sexual conduct and comments of the type that Bassell used to target JANE DOE at work.

116.    Under NYSHRL, Bassell's abusive conduct targeting JANE DOE amounted to an unlawful hostile work environment, in that it was so severe and pervasive that it caused her to experience inferior and adverse employment conditions.

117.    Under NYSHRL, Bassell's abusive conduct amounted to retaliation, in that he targeted her with negative and adverse consequences after she rebuffed his advances and eventually reported him to the union for his abusive conduct.

118.    JANE DOE experienced harm directly attributed to NYCDOE violating her rights as protected by NYSHRL.

## FOURTH CAUSE OF ACTION
### Negligence under New York State Law
### (Negligent Supervision, Retention, and Training)

119.    Plaintiff repeats and re-alleges the allegations in each of the preceding paragraphs as if fully set forth herein.

120.    At all relevant times, JANE DOE was and is an employee of the NYCDOE.

121.    Bassell was a top supervisor (school principal) within the NYCDOE and maintained a supervisor-supervisee relationship with JANE DOE.

122.    The NYCDOE controlled the means and manner in which Bassell performed his work duties as principal of Academy, including his supervision and conduct towards other employees within the NYCDOE.

123.    At all relevant times, the NYCDOE knew or should have known about Bassell's dangerous propensities towards women, including a duty to investigate, discipline, discharge, or reassign Bassell during any one of the multiple incidences when he was reported for inappropriate sexual conduct and touching of female students and/or female members of this staff.

124.    NYCDOE's own negligence as Bassell's employer and supervisor created the risk of harm to JANE DOE, and they had a common-law duty to make reasonable efforts to avoid Bassell's continued harm.

125.    Due to its actual or constructive knowledge of Bassell's dangerous propensities, NYCDOE allowed Bassell to have unfettered access to JANE DOE, despite knowing that female staff and students were in the zone of foreseeable risk for sexual misconduct by Bassell. In doing so, NYCDOE failed to take necessary precautions to lessen that risk.

126.    Indeed, NYCDOE created an environment which fostered sexual harassment, hostile work environment, and retaliation towards female staffers, including JANE DOE, whom they had a duty to protect.

127.    As a result of NYCDOE's negligence, JANE DOE suffered severe and irreparable harms.

**FIFTH CAUSE OF ACTION**
**Violation of New York City Human Rights Law**
**(Sexual Harassment and Retaliation)**

128.    Plaintiff repeats and re-alleges the allegations in each of the preceding paragraphs as if fully set forth herein.

129.    NYCHRL prohibits harassment based on sex, including unwelcome sexual conduct, commentary and physical contact of the type that Bassell used to target JANE DOE at work.

130.    Under NYCHRL, Bassell's abusive conduct amounted to retaliation, in that he targeted her with negative and adverse consequences after she rebuffed his advances and eventually reported him to the union for his abusive conduct.

131.    JANE DOE experienced harm directly attributed to NYCDOE for violating her rights as protected by NYCHRL.

**SIXTH CAUSE OF ACTION**
**Violation of NYC Admin Code § 8-903**
**Gender Motivated Violence Protection Act**

132.    Plaintiff repeats and re-alleges the allegations in each of the preceding paragraphs as if fully set forth herein.

133.    Bassell's criminal conduct targeting JANE DOE on the basis of her sex, constitutes the crimes of violence defined within New York City Administrative Code § 8-903 (more commonly known as the Gender Motivated Violence Protection Act or "GMVPA").

134.    The crimes that Bassell was charged with, and of which JANE DOE was a victim, are sex crimes as defined by NY Penal Law.

135.    Bassell's sex crimes were motivated by JANE DOE's gender as defined by NYC GMVPA as evidenced by the facts set forth above and presented a serious risk of injury to JANE DOE.

136.    The NYC GMVPA provides a private cause of action against entities which knew or should have known that an assailant (like Bassell) had dangerous propensities towards women

and failed to act or protect a victim of gender-based violence to whom the institution owed a duty of care.

137.    As JANE DOE's employer, the NYCDOE owed JANE DOE a duty of care to protect her from known dangers, such as a school principal with dangerous propensities towards sexually touching and abusing female students and staff under his supervision.

138.    By allowing Bassell to remain in his position as school principal, after repeated complaints were made against him for discriminatory and dangerous conduct targeted women, the NYCDOE breached its duty of care to JANE DOE as evidenced by Bassell's gender-motivated crimes of which she was a victim.

139.    As a result of NYCDOE's breach, JANE DOE suffered irreparable harms.

## PRAYER FOR RELIEF

**WHEREFORE**, for the foregoing reasons, JANE DOE demands judgment against the Defendants as follows:

a.    Compensatory damages in an amount according to proof, which is fair, just, and reasonable;

b.    Punitive damages under federal law and New York State and New York City law, in an amount according to proof which is fair, just, and reasonable against Defendants;

c.    All other damages, penalties, costs, interest, and attorney's fees allowable under New York State and/or federal law.

d.    For such other and further relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff JANE DOE hereby demands a jury trial on all causes of action.

Respectfully submitted on September 2, 2025.

**INCENDII LAW PLLC**
*Attorneys for Plaintiff JANE DOE*

By:

/s/ Ann Seifullah
Ann Seifullah
New York Bar No.: 5713540
195 Plymouth Street, 4-3
Brooklyn, New York 11201
Phone: 646-722-8655 ext 702
Email: annie@incendiilaw.com

/s/ Aurore C. DeCarlo
Aurore C. DeCarlo
New York Bar No.: 4096517
195 Plymouth Street, 4-3
Brooklyn, New York 11201
Phone: 646-722-8655 ext 701
Email: aurore@incendiilaw.com