UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,          Civil Action No.: _____

   -against-

NEW YORK DEPARTMENT OF EDUCATION,

                Defendants.

**NOTICE OF MOTION TO PROCEED UNDER A
PSEUDONYM AND FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE, the undersigned attorneys move this Court to allow the Plaintiff in the above captioned action to proceed under the pseudonym "Jane Doe" for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under a Pseudonym and for a Protective Order, and the Declaration of Plaintiff Jane Doe.

Dated:  September 3, 2025
           Brooklyn, NY

                                                             **INCENDII LAW PLLC**
                                                             *Attorneys for Plaintiff JANE DOE*

                                                              Ann Seifullah
                                                              Aurore DeCarlo
                                                              195 Plymouth Street, Suite 4-3
                                                              Brooklyn, NY 11201
                                                              annie@incendiilaw.com
                                                              Phone: 646-822-8655