UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

  -against-

Civil Action No.: _____

NEW YORK DEPARTMENT OF EDUCATION,

                Defendants.

**DECLARATION OF JANE DOE**
**IN SUPPORT OF MOTION TO PROCEED UNDER A PSEUDONYM**

I, ▮▮▮▮▮▮▮▮, being duly sworn, depose and say:

1. I am the plaintiff in the above-captioned matter.

2. I am currently employed by the New York City Department of Education (NYCDOE), specifically at Academy of American Studies ("Academy").

3. I am one of the many victims of Academy's principal, William Bassell ("Bassell"), and am currently cooperating with the Queens District Attorney in their prosecution of sex crimes committed against me, including Forcible Touching of Intimate Parts (NYPL § 130.52) and Sexual Abuse in the Third Degree (NYPL § 130.55).

4. Since his arrest in May 2025, Bassell has been placed on "reassignment" pending investigation. Despite Bassell's reassignment, he remains Academy's currently appointed principal.

5. Due to Bassell's continued influence in my school, in the principal's union, and in the NYCDOE at large, I have a reasonable fear of retaliation if my name is publicly disclosed.

The signed document can be validated at https://app.vinesign.com/Verify

6. So far, my identity has not been disclosed publicly, and I wish to keep it that way, as public disclosure of my identity would have devastating consequences for me personally and for my career.

7. As a result of Bassell's conduct, and the failure of the NYCDOE to take meaningful action, I have experienced anxiety and depression for the first time in my life. I now require medication to manage the severe symptoms I endure daily, and which are particularly exasperated at work.

8. Reporting to Academy each day causes me significant emotional distress, as I am forced to enter the very building where I was sexually harassed and abused by Bassell over a period of years. Although he is no longer physically present, the trauma remains.

9. Despite being a victim to Bassell's crimes, my name has not been shared with teachers, staff, or students. It has been incredibly important to me that I not be identified as a survivor as many others in the school rely on me for guidance and support as well. Besides this lawsuit and the criminal complaint, I have not publicly disclosed what Bassell did to me.

10. If my name were made public, I am certain that my anxiety and depression symptoms would only be worse – and going to school every day would be impossible.

11. This would not just have a negative effect on me personally, but on all those around me as I interact with numerous students and am responsible for overseeing staff.

12. My civil complaint contains extremely graphic and personal details, including descriptions of Bassell's assaults and the sexually explicit nature of his harassing comments and text messages.

13. Having those details connected to my name, while I work in a high school setting, would not only cause me harm – it would cause unnecessary disruption to the educational environment. I am certain that faculty, students, parents, and even the media will (understandably) be interested in finding my identity.

14. My only wish is to continue doing my job without having my name tied to the details of my abuse and harassment. Especially considering that I interact with, and have taught, high school students who will no doubt read the lawsuit, which includes sexually graphic language and commentary.

15. I am aware that another lawsuit was filed against Bassell last week, which has already received significant media attention. Unlike some of plaintiffs in that case, I continue to work at Academy, where Bassell remains the principal. I have not made any comments to the media concerning my lawsuit and have not done anything to draw attention to my case.

16. While the details of my complaint may narrow the list of possible staff members who could be Jane Doe, I have asked my attorney to make sure there are no specific details that would allow someone to immediately identify me.

17. More so, the NYCDOE will not be prejudiced by allowing me to proceed anonymously. They already known my identify and I have been cooperating with them and their investigation into Bassell. I have also made reports to SCI and OEO detailing what Bassell did to me. One would think that the NYCDOE would want for me to remain anonymous as it would allow a 20+ year veteran of the Defendant with excellent credentials to be able to continue to effectively do her job. Conversely, I will be prejudiced if I am made to proceed using my real name as I will be forced to litigate under the direct duress that I will be unable to effectively perform my job.

18. As I said previously, I have done everything in my power to keep my identity confidential. I did not and do not intend to speak to the press about what happened to me. I have not spoken publicly about my allegations other than formal legal channels. I have not posted about the lawsuit on any social media sites. I have done my best to date to ensure that my identity has been confidential and since Bassell's arrest, I have succeeded.

19. Additionally, the public gains nothing by knowing my true identity. I am not a public figure, I am not in a position of real power, especially compared to my opponent/employer the NYCDOE. Conversely, I stand to lose everything if I am made to reveal myself.

20. Finally, removing the scandalous factual details in my lawsuit, this really is a purely legal matter for which I should, as a private person, be able to receive justice without needing to be revictimized. More so, the public knowing my name will not prevent the victimization of others, though it might discourage others from pursuing cases against their abusers.

21. Proceeding under the pseudonym Jane Doe is the most effective way for me to protect my privacy and safety. It allows me the possibility of moving forward with my life and continuing my career at the NYCDOE without having details of the sexual abuse I have survived follow me to every future school or district where I work.

I declare under penalty of perjury that the foregoing is true and correct.

09/02/2025       *Jane Doe*

Plaintiff "Jane Doe"