UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JANE DOE,

              Plaintiff,

  -against-

NEW YORK DEPARTMENT OF EDUCATION,

              Defendants.

Civil Action No.: _____

---

**PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER**
**PSEUDONYM AND FOR PROTECTIVE ORDER**

Upon Plaintiff's Ex Parte Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Plaintiff Jane Doe, and Memorandum of Law in Support of Motion, it is hereby:

ORDERED that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is GRANTED, and it is

FURTHER ORDERED, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is GRANTED.

Dated: _____, 2025

                                                              _____
                                                                              , U.S.D.J.