incendii
civil justice, together.
195 Plymouth Street | Suite 4-3
BK NY 11201 | 646-722-8655
www.incendiilaw.com

Annie Seifullah, Founding Partner
annie@incendiilaw.com

August 13, 2026

**VIA ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Doe v. New York City Department of Education*
Case No. 1:25-cv-04860-KAM-RML

Dear Judge Levy:

Plaintiff Jane Doe respectfully writes to inform the Court that parties are continuing settlement discussions regarding the issues raised in their joint letter. In light of the ongoing discussions, Plaintiff respectfully requests an additional week to continue their efforts to resolve the matter without further Court intervention. Counsel for Defendant has been consulted regarding this request and consents to it.

The parties will file a further status letter updating the Court on the status of those discussions on or before August 21, 2026.

The parties thank the Court for its consideration.

Respectfully Submitted,

Annie Seifullah | Founding Partner
Incendii Law PLLC
*Attorney to Jane Doe*